UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLOYD JONES,
307 Stony Hill Court
Fort Washington, MD 20741

    Plaintiff,

v.

GLAXO SMITHKLINE, INC.,
1 Franklin Plaza
Philadelphia, PA 19101

    Defendant.

Case No. _____

**DEFENDANT'S CERTIFICATE UNDER RULE LCvR 7.1**

Pursuant to Rule LCvR 7.1 of the United States District Court for the District of Columbia, Defendant SmithKline Beecham Corporation (d/b/a GlaxoSmithKline) (incorrectly identified as Glaxo SmithKline, Inc.), by way of undersigned counsel, hereby states as follows:

1. The Complaint names "GlaxoSmithKline, Inc." as the Defendant, although "GlaxoSmithKline, Inc." did not employ Plaintiff and is not the appropriate corporate defendant in the above-captioned action. The correct name for the corporate entity that is Plaintiff's former employer is "SmithKline Beecham Corporation d/b/a GlaxoSmithKline" (hereinafter referred to as "GlaxoSmithKline" or "GSK").

2. Defendant GSK is a wholly-owned subsidiary of GlaxoSmithKline Holdings (Americas), Inc. All of Defendant GSK's stock is owned by GlaxoSmithKline Holdings (Americas), Inc. Both Defendant GSK and GlaxoSmithKline Holdings (Americas) Inc.

are wholly owned subsidiaries of GlaxoSmithKline plc, the shares of which are publicly traded on the London Stock Exchange and the New York Stock Exchange. No person beneficially owns 5% or more of the outstanding shares of GlaxoSmithKline plc.

3. Defendant GSK is not aware of any publicly owned corporation or affiliate that has a financial interest in the outcome of this case by reason of insurance, franchise agreement or indemnification agreement.

Dated this 1st day of April, 2008.                Respectfully submitted,

_____
Gonzalez, Saggio & Harlan, L.L.P.
H. Scott Johnson, Jr., *Of Counsel*
   D.C. Bar No. 464415
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 683-8929

Gonzalez, Saggio & Harlan, L.L.P.
Emery K. Harlan
   (Not admitted in the District of Columbia)
Warren E. Buliox
   (Not admitted in the District of Columbia)
225 East Michigan Avenue
Milwaukee, WI 53202
(414) 277-8500

**Counsel for Defendant SmithKline Beecham Corporation**

2

## CERTIFICATE OF SERVICE

I certify that on April 1, 2008, a copy of the foregoing Defendant's Certificate Under Rule LCvR 7.1 was sent by first-class mail, postage prepaid to:

Denise M. Clark, Esq.
The Law Office of Denise M. Clark
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036

H. Scott Johnson, Jr.