# Affidavit of Process Server

(NAME OF COURT)

FLOYD JONES                          VS   GLAXO SMITHKLINE INC                    #2008 CA 001926 B
PLAINTIFF/PETITIONER                         DEFENDANT/RESPONDENT                       CASE NUMBER

I JOSHUA SELIGMAN , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served GLAXO SMITHKLINE INC
_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) COMPLAINT
_____

by leaving with DEBRA HENKIN          LEGAL DEPT    (SEE ATTACHED)          At
                 NAME                        RELATIONSHIP

☐ Residence _____
              ADDRESS                              CITY / STATE

☑ Business ONE FRANKLIN PLAZA PHILA., PA.
              ADDRESS                              CITY / STATE

On  3/13/08 _____ AT _____ 10:30 AM _____
        DATE                                   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                          DATE
from_____
         CITY            STATE            ZIP

Manner of Service:
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

Service Attempts: Service was attempted on: (1)_____ (2)_____
                                                 DATE         TIME                  DATE         TIME
(3)_____ (4)_____ (5)_____
      DATE         TIME              DATE         TIME                  DATE         TIME
Description:. Age_____Sex_____Race_____Height_____Weight_____Hair_____Beard_____Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  13  day of MARCH , 20 08 , by JOSHUA SELIGMAN ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

First Class Subpoena
150 S. Independence Mall W.
Suite 909
Philadelphia, PA 19106

_____
SIGNATURE OF NOTARY PUBLIC
COMMONWEALTH OF PENNSYLVANIA
NOTARY PUBLIC for the state   NOTARIAL SEAL
RENEE BAYRON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 31, 2011



FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS