THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLOYD JONES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GLAXO SMITHLINE, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00566 (RMC) |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE
DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rule 7(a) of the United States District Court for the District of Columbia, Floyd Jones by his undersigned counsel, hereby moves this Court for additional time, until Friday, May 9, 2008, to file and serve his Memorandum of Points and Authorities Opposing Defendant's Motion to Dismiss Plaintiff's Complaint.

In support of this Consent Motion, Plaintiff states as follows:

1. On April 1, 2008, Defendant filed a Notice of Removal of the above-captioned matter from the Superior Court of the District of Columbia to this Court.

2. Thereafter, on April 8, 2008, while Plaintiff was preparing its Motion for Remand and the Memorandum in Support, Defendant filed its Motion to Dismiss Plaintiff's Complaint.

3. Due to the litigation workload of Plaintiff's counsel and the time that Plaintiff's counsel has expended to respond to Defendant's Removal Notice, Plaintiff is unable to timely prepare and file an Opposition to Defendants' Motion to Dismiss.

4. Defendant consents to Plaintiff's request for additional time to file the Opposition Memorandum.

5. Plaintiff has agreed that Defendant will have until May 30, 2008 to file the Reply to Plaintiff's Opposition to the Motion to Dismiss.

6. At this time, there has been no action taken by either party regarding discovery.

**WHEREFORE**, Plaintiff respectfully requests that this Court approves the Consent Motion and enters the proposed Order consistent with the requested dates for Opposition and Reply Memoranda detailed herein.

Dated: April 18, 2008

Respectfully submitted,

_____s// Denise M. Clark_____
Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, N.W.
Suite 200
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLOYD JONES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00566 (RMC) |
| | ) | |
| GLAXO SMITHLINE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff, having filed a Consent Motion to extend the time for filing an Opposition to Defendant's Motion to Dismiss, and the parties having agreed to the date by which Defendant will file its Reply to Plaintiff's Opposition to the Motion to Dismiss; the Court, finding good cause shown, now approves the Consent Motion and,

**ORDERS** that Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed on or before May 9, 2008, and Defendant's Reply brief shall be filed on or before May 30, 2009.

So Ordered, this _____ day of _____, 2008.

_____
Rosemary Collyer, U.S. District Court Judge

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLOYD JONES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GLAXO SMITHLINE, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00566 (RMC) |

**CERTIFICATE OF SERVICE**

I, Denise M. Clark, attorney of record for the Plaintiff in this matter, hereby certify that one true and accurate copy of the foregoing *Consent Motion for Extension of Time to Oppose Defendant's Motion to Dismiss* was served electronic mail and via CM/ECF this 18th day of April, 2008 upon the following:

> H. Scott Johnson, Esq. (464415)
> Gonzalez, Saggio & Harlan, LLP
> 1200 G Street, N.W., Suite 800
> Washington, DC 20005
> (202) 683-8929
> *Attorney for Defendant*

> //s Denise M. Clark
> Denise M. Clark