THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLOYD JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00566 (RMC) |
| ) | |
| ) | |
| GLAXO SMITHLINE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING**

To:   H. Scott Johnson, Esq. (464415)
    Gonzalez, Saggio & Harlan, LLP
    1200 G Street, N.W., Suite 800
    Washington, DC 20005
    (202) 683-8929

    Please take notice that on April 18, 2008, Plaintiff filed his *Consent Motion For Extension of Time to File a Memorandum Opposing Defendant's Motion to Dismiss* with the Clerk of the Court, United States District Court, District of Columbia, via CM/ECF.

Dated: April 18, 2008

                                    Respectfully submitted,

                                    s// Denise M. Clark
                                    Denise M. Clark (420480)

The Law Office of Denise M. Clark
1250 Connecticut Ave, N.W., Suite 200
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com