THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLOYD JONES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GLAXO SMITHLINE, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:08-cv-00566 (RMC) |

**CERTIFICATE OF SERVICE**

I, Denise M. Clark, attorney of record for the Plaintiff in this matter, hereby certify that one true and accurate copy of Plaintiff's *Motion to Remand and the Memorandum of Points and Authorities in Support of Plaintiff's Motion to Remand* was served via electronic mail and via CM/ECF this 1st day of May, 2008 upon the following:

>H. Scott Johnson, Esq.
>Gonzalez, Saggio & Harlan, LLP
>1200 G Street, N.W., Suite 800
>Washington, DC 20005
>(202) 683-8929
>*Attorney for Defendant*

>s// Denise M. Clark
>Denise M. Clark (420480)
>The Law Office of Denise M. Clark, PLLC
>1250 Connecticut Ave, N.W., Suite 200
>Washington, D.C. 20036
>P:(202) 293-0015/ F: (202) 293-0115
>dmclark@benefitcounsel.com
>*Attorney for Plaintiff*