UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLOYD JONES,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**GLAXO SMITHKLINE, INC.,**<br><br>　　　　　**Defendant.** | Case No. 1:08-cv-00566 (RMC) |

**DEFENDANT'S UNCONTESTED MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR REMAND AND COSTS**

　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b) of the United States District Court for the District of Columbia, Defendant SmithKline Beecham Corporation ("**Defendant**"), by way of undersigned counsel, respectfully moves this Court, with the consent of Plaintiff Floyd Jones ("**Plaintiff**"), for an enlargement of time up to and including May 22, 2008 to file and serve its Memorandum of Points and Authorities in Support of its Opposition to Plaintiff's Motion for Remand and Costs. In support of its Motion, Defendant states as follows:

　　　　1.　　On or about March 6, 2008, Plaintiff commenced a civil action against Defendant in the Superior Court for the District of Columbia. The above-captioned action was removed to this Court by Defendant on April 1, 2008.

　　　　2.　　On May 1, 2008, Plaintiff filed a Motion for Remand and Costs ("**Motion for Remand**").

1

3.      Defendant seeks a ten (10) day extension of time, up to and including May 22, 2008, to file its Opposition to Plaintiff's Motion for Remand. This enlargement is requested due to the conflicting travel schedules of lead counsel and local counsel, which have inhibited coordination with the Defendant and the preparation of the Opposition.

4.      The additional time will not prejudice Plaintiff and will allow Defendant to fully respond to all of the issues presented in the Motion for Remand.

5.      Pursuant to LCvR 7.1(m), Defendant conferred with Plaintiff's counsel regarding this Motion on May 8, 2008 and received Plaintiff's consent to a ten (10) day extension of time to file an Opposition to the Motion for Remand.

**WHEREFORE**, Defendant respectfully requests the entry of the attached Order granting Defendant an enlargement of time up to and including May 22, 2008, for the filing of its Opposition to Plaintiff's Motion for Remand and Costs.

Dated this 9th day of May, 2008.                Respectfully submitted,

    /s/ H. Scott Johnson, Jr.
Gonzalez, Saggio & Harlan, L.L.P.
H. Scott Johnson, Jr., *Of Counsel*
  D.C. Bar No. 464415
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 683-8929

Gonzalez, Saggio & Harlan, L.L.P.
Emery K. Harlan
  (Not admitted in the District of Columbia)
Warren E. Buliox
  (Not admitted in the District of Columbia)
225 East Michigan Avenue
Milwaukee, WI 53202
(414) 277-8500

*Counsel for Defendant SmithKline Beecham Corporation*

**CERTIFICATE OF SERVICE**

  I certify that on May 9, 2008, a copy of the foregoing Defendant's Uncontested Motion for Enlargement of Time to File Opposition to Plaintiff's Motion for Remand and Costs was served by electronic mail and via CM/ECF upon the following:

    Denise M. Clark, Esq.
    The Law Office of Denise M. Clark
    1250 Connecticut Avenue, N.W., Suite 200
    Washington, D.C. 20036
    dmclark@benefitcounsel.com

    *Counsel for Plaintiff Floyd Jones*


          /s/ H. Scott Johnson, Jr.
          H. Scott Johnson, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLOYD JONES,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**GLAXO SMITHKLINE, INC.,**<br><br>      **Defendant.** | Case No. 1:08-cv-00566 (RMC) |

### ORDER

THIS MATTER came before the Court on Defendant's Uncontested Motion for Enlargement of Time to File Opposition to Plaintiff's Motion for Remand and Costs. Upon consideration of Defendant's Motion and finding good cause shown, it is hereby

**ORDERED** that Defendant's Uncontested Motion for Enlargement of Time to File Opposition to Plaintiff's Motion for Remand and Costs be and hereby is **GRANTED**; and it is further

**ORDERED** that Defendant shall have up to and including May 22, 2008 to file its Opposition to Plaintiff's Motion for Remand and Costs.

**SO ORDERED.**

ENTERED this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

2

Copies to:

H. Scott Johnson, Jr., Esq.
Gonzalez, Saggio & Harlan, L.L.P.
1200 G Street, N.W., Suite 800
Washington, D.C. 20005

and

Emery K. Harlan, Esq.
Warren E. Buliox, Esq.
Gonzalez, Saggio & Harlan, L.L.P.
225 East Michigan Avenue
Milwaukee, WI 53202

and

Denise M. Clark, Esq.
The Law Office of Denise M. Clark
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036