UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLOYD JONES,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**GLAXO SMITHKLINE, INC.,**<br><br>        **Defendant.** | Case No. 1:08-cv-00566 (RMC) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a sealed attachment was filed in paper format with the Court.

This document is not available for public viewing.

Dated this 22nd day of May, 2008.                Respectfully submitted,

                                                                     /s/ H. Scott Johnson, Jr.
                                                            Gonzalez, Saggio & Harlan, L.L.P.
                                                            H. Scott Johnson, Jr., *Of Counsel*
                                                              D.C. Bar No. 464415
                                                            1200 G Street, N.W., Suite 800
                                                            Washington, D.C. 20005
                                                            (202) 683-8929

                                                            Gonzalez, Saggio & Harlan, L.L.P.
                                                            Emery K. Harlan
                                                              (Not admitted in the District of Columbia)
                                                            Warren E. Buliox
                                                              (Not admitted in the District of Columbia)
                                                            225 East Michigan Avenue
                                                            Milwaukee, WI 53202
                                                            (414) 277-8500

                                                            *Counsel for Defendant SmithKline Beecham Corporation*

2

**CERTIFICATE OF SERVICE**

      I certify that on May 22, 2008, a copy of the foregoing Notice Regarding Filing of Sealed Material was served by electronic mail and via CM/ECF upon the following:

      Denise M. Clark, Esq.
      The Law Office of Denise M. Clark
      1250 Connecticut Avenue, N.W., Suite 200
      Washington, D.C. 20036
      dmclark@benefitcounsel.com

      *Counsel for Plaintiff Floyd Jones*

                            /s/ H. Scott Johnson, Jr.
                            H. Scott Johnson, Jr.