UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLOYD JONES,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**GLAXO SMITHKLINE, INC.,**<br><br>        **Defendant.** | Case No. 1:08-cv-00566 (RMC) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a sealed attachment was filed in paper format with the Court.

This document is not available for public viewing.

Dated this 22nd day of May, 2008.            Respectfully submitted,

                                                                    /s/ H. Scott Johnson, Jr.
                                                            Gonzalez, Saggio & Harlan, L.L.P.
                                                            H. Scott Johnson, Jr., *Of Counsel*
                                                              D.C. Bar No. 464415
                                                            1200 G Street, N.W., Suite 800
                                                            Washington, D.C. 20005
                                                            (202) 683-8929

                                                            Gonzalez, Saggio & Harlan, L.L.P.
                                                            Emery K. Harlan
                                                              (Not admitted in the District of Columbia)
                                                            Warren E. Buliox
                                                              (Not admitted in the District of Columbia)
                                                            225 East Michigan Avenue
                                                            Milwaukee, WI 53202
                                                            (414) 277-8500

                                                            *Counsel for Defendant SmithKline Beecham*
                                                            *Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on May 22, 2008, a copy of the foregoing Notice Regarding Filing of Sealed Material was served by electronic mail and via CM/ECF upon the following:

>Denise M. Clark, Esq.
>The Law Office of Denise M. Clark
>1250 Connecticut Avenue, N.W., Suite 200
>Washington, D.C. 20036
>dmclark@benefitcounsel.com
>
>*Counsel for Plaintiff Floyd Jones*

                           /s/ H. Scott Johnson, Jr.
                          H. Scott Johnson, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLOYD JONES,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**GLAXO SMITHKLINE, INC.,**<br><br>            **Defendant.** | Case No. 1:08-cv-00566 (RMC) |

## ORDER

THIS MATTER came before the Court on Defendant's Motion to File Documents Under Seal. Upon consideration of Defendant's Motion and finding good cause shown, it is hereby

**ORDERED** that Defendant's Motion to File Documents Under Seal be and hereby is **GRANTED**; and it is further

**ORDERED** that the Declaration of Mary Kate Harkins and the exhibits attached thereto be and hereby are sealed.

**SO ORDERED.**

ENTERED this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

2

Copies to:

H. Scott Johnson, Jr., Esq.
Gonzalez, Saggio & Harlan, L.L.P.
1200 G Street, N.W., Suite 800
Washington, D.C. 20005

and

Emery K. Harlan, Esq.
Warren E. Buliox, Esq.
Gonzalez, Saggio & Harlan, L.L.P.
225 East Michigan Avenue
Milwaukee, WI 53202

and

Denise M. Clark, Esq.
The Law Office of Denise M. Clark
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036